IN THE UNITED STATES DISTRICT COURT

FOR THE NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| DWAYNE McELWEE,<br><br>        Petitioner,<br><br>    v.<br><br>ANTHONY KANE,<br><br>        Respondent.      / | No. C 05-03768 CRB<br><br>**CERTIFICATE OF APPEALABILITY** |

Petitioner has informed the Court of his intention to appeal the Court's Order and Judgment of March 21, 2006, regarding his first claim only.  Petitioner believes that because he is only challenging an administrative decision regarding the execution of his sentence on this appeal, a certificate of appealability ("COA") is unnecessary.  See Rosas v. Nielsen, 428 F.3d 1229, 1231 (9th Cir. 2005).  The Court agrees.  However, to the extent a COA is warranted if the Court is mistaken, it is hereby GRANTED pursuant to 28 U.S.C. section 2253(c).

**IT IS SO ORDERED.**

Dated: April 18, 2006

CHARLES  R. BREYER
UNITED STATES DISTRICT JUDGE

G:\CRBALL\2005\3768\coa.wpd